# United States District Court
## For The Western District of North Carolina
### Statesville Division

SMITH LATRAIL TURNER,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:04CV104-1-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2006, Order.

                                                Signed: February 10, 2006

                                                Frank G. Johns, Clerk
                                                United States District Court